IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. | 8:19-CR-414 (MAD) |
| | ) | |
| v. | ) **Information** | |
| | ) | |
| | ) Violation: | 18 U.S.C. § 1038 |
| | ) | [False Information and |
| **JASON PANTONE,** | ) | Hoaxes] |
| | ) | |
| | ) 9 Counts | |
| | ) | |
| **Defendant.** | ) County of Offense: | Multiple |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
[Conveying a Hoax Letter Involving Anthrax]

On or about February 21, 2019, in Clinton County in the Northern District of New York, the defendant, **JASON PANTONE**, engaged in conduct with intent to convey false and misleading information under circumstances where such information may reasonably have been believed and where such information indicated that an activity had taken, was taking, and would take place that would constitute a violation of chapters 10 and 113B of Title 18 of the United States Code, specifically, Sections 175 and 2332a, in that defendant **JASON PANTONE** caused to be delivered by mail to a location in Plattsburgh, New York an envelope containing a white powder, in violation of Title 18, United States Code, Section 1038(a)(1).

### COUNT 2
[Conveying a Hoax Letter Involving Anthrax]

On or about February 22, 2019, in Broome County in the Northern District of New York and elsewhere, the defendant, **JASON PANTONE**, engaged in conduct with intent to convey false and misleading information under circumstances where such information may reasonably have

been believed and where such information indicated that an activity had taken, was taking, and would take place that would constitute a violation of chapters 10 and 113B of Title 18 of the United States Code, specifically Sections 175 and 2332a, in that defendant **JASON PANTONE** caused to be delivered by mail to a location in Binghamton, New York an envelope containing a white powder and a threatening communication claiming that the white powder was anthrax, in violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 3
[Conveying a Hoax Letter Involving Anthrax]

On or about February 22, 2019, in Oneida County in the Northern District of New York and elsewhere, the defendant, **JASON PANTONE**, engaged in conduct with intent to convey false and misleading information under circumstances where such information may reasonably have been believed and where such information indicated that an activity had taken, was taking, and would take place that would constitute a violation of chapters 10 and 113B of Title 18 of the United States Code, specifically Sections 175 and 2332a, in that defendant **JASON PANTONE** caused to be delivered by mail to a location in Utica, New York an envelope containing a white powder and a threatening communication claiming that the white powder was anthrax, in violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 4
[Conveying a Hoax Letter Involving Anthrax]

On or about February 22, 2019, in Clinton County in the Northern District of New York and elsewhere, the defendant, **JASON PANTONE**, engaged in conduct with intent to convey false and misleading information under circumstances where such information may reasonably have been believed and where such information indicated that an activity had taken, was taking, and would take place that would constitute a violation of chapters 10 and 113B of Title 18 of the United

States Code, specifically Sections 175 and 2332a, in that defendant **JASON PANTONE** caused to be delivered by mail to a location in Plattsburgh, New York an envelope containing a white powder and a threatening communication claiming that the white powder was anthrax, in violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 5
[Conveying a Hoax Letter Involving Anthrax]

On or about February 25, 2019, in Onondaga County in the Northern District of New York and elsewhere, the defendant, **JASON PANTONE**, engaged in conduct with intent to convey false and misleading information under circumstances where such information may reasonably have been believed and where such information indicated that an activity had taken, was taking, and would take place that would constitute a violation of chapters 10 and 113B of Title 18 of the United States Code, specifically Sections 175 and 2332a, in that defendant **JASON PANTONE** caused to be delivered by mail to a location in Syracuse, New York an envelope containing a white powder and a threatening communication claiming that the white powder was anthrax, in violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 6
[Conveying a Hoax Letter Involving Anthrax]

On or about February 25, 2019, in Broome County in the Northern District of New York and elsewhere, the defendant, **JASON PANTONE**, engaged in conduct with intent to convey false and misleading information under circumstances where such information may reasonably have been believed and where such information indicated that an activity had taken, was taking, and would take place that would constitute a violation of chapters 10 and 113B of Title 18 of the United States Code, specifically Sections 175 and 2332a, in that defendant **JASON PANTONE** caused to be delivered by mail to a location in Binghamton, New York an envelope containing a white

powder and a threatening communication claiming that the white powder was anthrax, in violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 7
[Conveying a Hoax Letter Involving Anthrax]

On or about February 25, 2019, in Albany County in the Northern District of New York and elsewhere, the defendant, **JASON PANTONE**, engaged in conduct with intent to convey false and misleading information under circumstances where such information may reasonably have been believed and where such information indicated that an activity had taken, was taking, and would take place that would constitute a violation of chapters 10 and 113B of Title 18 of the United States Code, specifically Sections 175 and 2332a, in that defendant **JASON PANTONE** caused to be delivered by mail to a location in Albany, New York an envelope containing a white powder and a threatening communication claiming that the white powder was anthrax, in violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 8
[Conveying a Hoax Letter Involving Anthrax]

On or about February 25, 2019, in Clinton County in the Northern District of New York and elsewhere, the defendant, **JASON PANTONE**, engaged in conduct with intent to convey false and misleading information under circumstances where such information may reasonably have been believed and where such information indicated that an activity had taken, was taking, and would take place that would constitute a violation of chapters 10 and 113B of Title 18 of the United States Code, specifically Sections 175 and 2332a, in that defendant **JASON PANTONE** caused to be delivered by mail to a location in Plattsburgh, New York an envelope containing a white powder and a threatening communication claiming that the white powder was anthrax, in violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 9
[Conveying a Hoax Letter Involving Anthrax]

On or about February 26, 2019, in Oneida County in the Northern District of New York and elsewhere, the defendant, **JASON PANTONE**, engaged in conduct with intent to convey false and misleading information under circumstances where such information may reasonably have been believed and where such information indicated that an activity had taken, was taking, and would take place that would constitute a violation of chapters 10 and 113B of Title 18 of the United States Code, specifically Sections 175 and 2332a, in that defendant **JASON PANTONE** caused to be delivered by mail to a location in Albany, New York an envelope containing a white powder and a threatening communication claiming that the white powder was anthrax, in violation of Title 18, United States Code, Section 1038(a)(1).

Dated: November 19, 2019                GRANT JAQUITH
                                        United States Attorney

                                By:     */s/ Troy Anderson*
                                        Troy Anderson
                                        Assistant United States Attorney
                                        Bar Roll No. 700369