Linda Pantone                                                               August 20, 2020

Hyde Park, NY

Attention:
Honorable Mae A. D'Agostino
Re:
Character Reference for Jason Pantone

Your honor,

      My name is Linda Pantone, I am the mother of Jason Pantone. I would like to tell about Jason's character, background, and circumstances I believe resulted in his incarceration. Jason is a joy to have as a son. If I was asked to describe Jason in three words I would say compassionate, sincere, and kind. People were always very drawn to Jason because of his friendliness and wonderful sense of humor. I would tell people that he is the nicest person that I have ever known. We always had a very close relationship. I can honestly say that I don't remember him ever raising his voice or saying anything unkind to me or anyone. I was always so thankful to have him as my son. In high school Jason was an exceptional student. He graduated with honors. He continued his education at St. John's University. While there, he worked twice weekly in the Department of Education and made friends among both students and staff. he graduated with a 3.95 average due to hardwork and dedication. It was about this time that he expressed fatigue and lack of concentration. At first we thought it was burnout from all the studying, but instead he was diagnosed with anxiety and depresion disorder, a biological inheritance. Jason was always a model student and employee despite his struggle, He went on to work for the Princeton Review. Jason later decided to move Upstate, New York with myself. He felt it would be a positive change and he could also be of help to me. There he worked in art and restoration at his own pace. Jason has always shown empathy towards both people and animals. He is a member of the Humane Society of USA, St. Jude's children Research Hospital, the ASPCA, disabled Veterans, and Neighborhood Cats. Even though Jason's earnings are low, he always remembered to send generous donations.

      Jason's incarceration has been the most stressful experience of my life. It is especially bewildering when you have a son that all the years of his life had such an outstanding character. I know that in February of 2019 shortly before his arrest, Jason started to lose a significant amount of weight very rapidly. Not wanting to worry me, he told me he was on a diet. It was later that he admitted that he was very depressed. Jason had been devastated after learning that his close friend of about twenty years was losing her battle from a terminal illness. I also know that Jason had been taking a medication that has a well known history of causing extreme impulsive behavior in some patients. This had been prescribed by a nurse practitioner that Jason would see every three months. I was with Jason when he was taken into custody. I agree with the Federal Agents that told me they believed Jason had suffered a nervous breakdown. I also learned that Jason had reached out to authorities and the nurse practitioner for help but obviously too late.

1

The time Jason spent in jail has been a traumatic experience for him. By nature, Jason has always shown compassion for the well-being of others. He is so sorry that anyone might have been adversely affected by is actions. He told me that he would never want to scare anyone. He has been tormenting himself over this thought. Jason's physical health has also deteriorated. He has gained an unhealthy amount of weight. At times, his sugar level has been pre-diabetic and his pulse rate has been between 100 and 140 beats per minute. He has been told by medical staff that this can take a toll on his heart. His terminally ill friend passed away two months after his incarceration. His anxiety has been magnified with worry and fear. I speak to Jason by phone every day and try to reinforce a positive attitude. Jason is a spiritual person so when he feels frightened I tell him to pray. I am heart broken and worried. No parent wants to see such a loving son or daughter in distress. I have not seen Jason since the beginning of 2020. It is especially hard on his birthdys. I miss him desperately. Jason has told me that he has learned from this experience and that it is important to seek advice immediately when going through a difficult time. Jason has expressed that in the future he feels it would also be helpful to speak with a professional therapist. I feel that Jason will have a positive future. He especially needs once again to breath fresh air andbe with his supportive family, and friends and his loving pets.

Sincerely,

*Linda Pantone*

Linda Pantone