Mr. Michael Pantone
███████████
Ridgewood, NY ███

August 20, 2020

Attention
The Honorable Mae A. D'Agostino

Re: Jason Pantone personal reference

Your honor,

    My name is Michael pantone, I am the father of Jason Pantone. I am a retired real estate broker. I have always been so proud of Jason, not only because of his academic excellence but mainly because of his wonderful qualities. He has always been a very loving and kind child and young man. If it's possible for a person to care too much, that is how I would describe Jason. I would tell Jason not to worry about everyone so much. It is good to have compassion for others but too much can take a toll on the health.

    I have sat at numerous ceremonies such as the Columbus Citizens Foundation and watched my son receive awards for scholastic axhievements. Unfortunatley, Jason was diagnosed with depression and anxiety disorders in his early twenties, I myself have struggled with depression and anxiety disorders most of my life, also being diagnosed at about the same age. Although I have managed with prescribed medications, the search for the correct ones has been frustrating. A person that does not suffer from these illnesses cannot fully understand the impact they have on one's lifes cannot.

    When i visited my son in jail it was heartwrenching. He is not a criminal. I asked myself what would have led Jason to behave so uncharacteristically. I know that Jason was distraught at the time over a friend's terminal illness. I know that a person suffering from severe anxiety can become panic stricken and may act bizarrely. Jason has expressed to me how sorry he is for his actions that have led to his present situation. Because of Jason's caring nature towards others, I know he truly means it.

    I am very concerned over the psychological trauma that incarceration is having on Jason, as well as his deteriorating physical health. Please take into consideration the above stellar life that Jason has led prior to this incident. Jason was always highly regarded by everyone that knows him both personally and professionally. I promise you that Jason will do well if released into the loving arms of his family. We all support him and i know that Jason will persevere and do whatever he is recommended.

Truly yours,

*[signature]*

Michael Pantone