Joseph M. Pantone
███ ██████████
Ridgewood, NY ████

August 24, 2020

Attn:
Hon. Judge Mae A. D'Agostino
Re: Jason Pantone

Your honor,

I am Joseph Pantone, Jason Pantone's brother, I work for the Dept. of Ed. at PS 177Q which is a special education school. I would like to tell you a little bit about my brother's character.

Jason is my younger brother and only sibling. Jason and I attended a large public high school in Queens, NY. He was a straight A student. Jason was always studying late into the night. Teachers loved him, besides being studious, he always had such a kind and friendly attitude towards everyone, His friends were of a similar nature. We both shared a common love of animals but Jason went above and beyond and would rescue stray cats. After graduating with honors, he went on to St. John's University. He especially loved the diverse environment. He again excelled and graduated at the very top.

When I found out what happened, I couldn't believe the whole situation. I learned that in the days prior, Jason has lost a considerable amount of weight. My mother told me that he was on a new medication for his anxiety, depression & panic disorder, which according to my research has a common side affect of impulsiveness. That is the only possibility that I can ever fathom. From my experience in my field of work, I have witnessed the ill affects that medications can have on an individual. It takes time to get the right medication and dosage, during the adjustment period my students may act erratically and I feel that might be a factor in Jason's situation. I believe he was prescribed a new medication without proper therapy and monitoring.

Jail has been a negative experience for my brother both mentally and physically. Jason has spoken of his great regret for what he did and wishes everyone involved would know how sorry he is. He is suffering greatly with the thoughts of his action. The entire family is suffering, things arent the same without Jason. It hurts that my daughter, that is now 2 years old, is missing out on getting to know her uncle.

I know that Jason would do well at home with the support of family and friends. He can see a therapist regularly. I know that Jason will return to his normal self--the law abiding, loving, caring, impeccable Jason that we all know and love dearly.

Sincerely,

*J. Pan*

Joseph M. Pantone