August 18th, 2020

Honorable Judge Mae A. D'Agostino
Albany, New York

Dear Honorable Judge Mae A. D'Agostino,

I would like to introduce myself as Karen Mariel, loving aunt of Jason Pantone. I retired to the Pacific Northwest after a 35-year teaching career as a reading specialist in Rye, NY.

During this time and to date, I have always maintained a close relationship with Jason. He is not only my trusting and trusted nephew, but also a loyal friend and confidant. After my move cross-country, our visits evolved into periods of long letter-writing and sharing positive anecdotes about family, social community, his love of cultural diversity, his career goals and concerns. In his own home, Jason has always been a devoted son, helping his mother, my dear sister, run a household – a daily contributor to the family. Jason is dearly loved and respected, a gentle friend to all members of our extended family, to all who know him.

Jason's sensitive, earnest, and caring nature, along with his outstanding intellect and aptitude, and his willingness to lend a hand, have always behest his life endeavors. His beautiful paintings and restorations speak to his sensitivity, commitment, and his ability to work successfully and productive in unstructured situations.

Perhaps Jason's caring, compassion and generosity of spirit and time, are best displayed in his role of animal advocate. Jason always has held regard and respect for all beings, including the "non-human" animal. As an animal welfare volunteer, Jason's finest work was done quietly, away the limelight, often in his own neighborhood. From rescuing kittens to nursing a cat back to health, Jason has always made a positive contribution. Making a difference in the lives of so many helpless, homeless pets, to helping a neighbor with his/her beloved best-friend, Jason has been there to offer his support.

I hope this brief narrative provides a glimpse into the valuable, caring, and honest person Jason has been to my family, his community, and myself. Admittedly, now, Jason is suffering both a mental and physical hypersensitive response to his present internal and external environment. I understand his health is deteriorating and his regret is abysmal. I want nothing more than for Jason to be home and healthy again, so he may be a productive member of his community and to his family once more.

I am respectfully asking for Jason's mitigating leniency in sentencing. It is my hope that you will consider the circumstances I mentioned above and restore Jason to his loving family and his support professionals. Please give Jason this chance; he will not let you down.

Sincerely,

Karen Mariel
Portland, OR