August 24, 2020

Hon. Mae A. D'Agostino
Federal Court Judge
Albany, NY

**RE:    Character Reference for Jason Pantone**

Dear Judge D'Agostino:

My name is Evelyn M. Maurmeyer.  I am Jason's Godmother. I have known Jason's family (father Michael, mother Linda, brother Joseph, as well as is paternal grandparents) since before Jason's birth. Michael was employed by my mother, Helga Maurmeyer, as a sales agent for Maurmeyer Realty in Glendale, NY. My parents (both now deceased) invited the Pantone family to our home for dinner on a number of occasions. The Pantones also invited my parents and me to their home for delicious meals and wine.

I have known Jason since he was born in August, 1984. I was honored when his parents asked me to be his Godmother. Although I moved to Delaware in 1981, I often visited my parents in NY, and where I had the opportunity to keep in contact with Jason and his family. When he became old enough, he would write to me frequently, often including class photographs or drawings. He always remembers my birthday and also sends cards and small gifts on occasions like Valentine's Day, Easter and Christmas. Our correspondence has continued over the years, and has increased since his incarceration. I try to write to him at least once a week.

Jason is a fine young man, very talented, thoughtful and considerate. He is a sensitive soul, with a love for all animals, especially cats and kittens. As a boy, he took in many strays and nurtured them over the years, and has continued this practice into adulthood.

Jason lives with his mother, and has been a resident of the same neighborhood for years. Jason is an honest young man, and has always been a law-abiding citizen. To my knowledge, the incident for which he was incarcerated was the first time he ever ran afoul of the law, and it seemed to me highly out of character for him to do so.

As stated above, Jason has a kind, gentle soul as is evidenced by his treatment of people close to him, and his love of animals. He has adopted numerous homeless kittens over the years and has taken them in to nurture them. This is illustrative of his caring nature.

Jason has a very close relationship with his family. He lives with his mother, Linda, and provides her with a great deal of support. He maintains contact with his father, Michael, who now spends a great deal of time in his native Italy. Michael has always been proud of Jason, his kind nature, his love of cats, and his artistic abilities. He has encouraged pride in his Italian heritage by teaching him the Italian language as a youngster. Jason has always been very close to his older brother, and now he has a new little niece, of whom he is very proud.

Jason was raised in the Roman Catholic faith, and as his Godmother I can attest to his religious beliefs.

His incarceration has had a tremendous effect on Jason. He writes to me often about life in jail, but never complains; he always has a positive attitude. Nevertheless, I am sure that deep inside he is suffering emotionally, and sincerely regrets the actions that put him in jail. His incarceration has also affected his mother. I speak with her on the phone, and she misses him terribly, and needless to say is concerned about his well-being, and longs for him to be released.

Jason has lived in the same community for a number of years, and has developed abilities and skills of use to the community, and shows an inclination to contribute to community service.

Based on my conversations with his mother, Jason may have some medical and emotional issues which, if they were not properly treated, may have led to the actions for which he was charged.

I'm sure that Jason is sorry for his actions that led to his incarceration, and will never repeat these actions in the future.

Based on all of the above-itemized reasons, I request that the Court take into consideration Jason's exemplary behavior for the first 34 years of his life and his lack of a criminal record, to exhibit leniency so that he may be released and return to his life as a productive, law abiding member of the community.

Sincerely,

*Evelyn M. Maurmeyer*

Evelyn M. Maurmeyer