Nicoleta Popovici
████████████
Glendale, NY ████

August 15, 2020

Attn: Hon. Mae A. D'Agostino

Re: Character Reference

Your honor,

    My name is Nicoleta Popovici, I am an NYPD police officer and I have known Jason Pantone for 22 years. He is family to me as the uncle to my 2 year old daughter Gianna Pantone. He is also a dear friend. I am currently 37 years old and know Jason since adolescence.

    I always thought of Jason as a model youth and citizen because he always did what was right never anything less. He has to be the most honest and well mannered person I've ever met. He was always successful at everything he's ever done, whether it was school, work or projects that he's worked on. He has the biggest heart of anyone I know. He has dedicated his time and home rescuing cats and kittens and taking care of his aging parents.
Aside from Jason's intellectual and academic success, he is an amazing artist and has designed many beautiful items for me and my daughter (his niece). He even hand painted her first shoes when she was born. The whole family is distraught without Jason in our lives. My daughter is missing out on a fantastic uncle that really loves her.

    My concern is that a person like Jason cannot survive in a jail environment. He has never even come close to any criminal activity because as I stated earlier he was always a model citizen that surrounded himself with like people. I am aware he suffers from anxiety and fear that such an environment will exacerbate his disorder. I worry that Jason is not getting the therapy he needs and that he will not return as the same person the longer he stays away.

    As a police officer cognizant and completely respectful of the law, I believe that the justice system including your honor will see that while Jason made a mistake, he is a kind and gentle human being and we need more people like Jason out in society to make it a better place.

Sincerely,

Nicoleta J. Popovici

1